

# Memorandum

| Subject | Date |
|---|---|
| UNSEALING | FEBRUARY 27, 2025 |
| U.S. v. CHAD ALIOTH 8:25MJ96 | |

| To | From |
|---|---|
| CLERK, U.S. DISTRICT COURT DISTRICT OF NEBRASKA | AUSA DANIELLE J. FLIAM |

Be advised that the above named Defendant(s) is/are now in custody. You may now unseal as follows, pursuant to Fed. R. Crim. P. 6(e)(4):

☐ Unseal the Indictment and any underlying Magistrate Case

☐ Unseal the Magistrate Case

☐ Unseal the Indictment but the underlying Complaint and Affidavit should remain **Restricted**

☒ Unseal the Magistrate Case but the underlying Complaint and Affidavit should remain **Restricted**